IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANGELA SOMMERVILLE, MARIAH ANDERSON, HOLLY SPISAK and KHAMECIA ROBINSON, individually and on behalf of themselves and all other similarly situated current and former employees,<br><br>    Plaintifs,<br><br>   v.<br><br>BOJANGLES' RESTAURANTS, INC., and BOJANGLES', INC.,<br><br>    Defendants. | 1:17CV565 |

**ORDER**

This matter is before the court on Plaintiff's Motion to Withdraw Plaintiffs' Motion for Class Certification. (Doc. 41.) The court finds good cause to allow Plaintiffs' to withdraw their Motion for Class Certification (Doc. 18), as directed by the court's Order on Joint Motion to Approve Settlement Agreement entered on November 16, 2018 (Doc. 40 at pg. 7).

IT IS THEREFORE ORDERED that Plaintiff's Motion to Withdraw Plaintiffs' Motion for Class Certification (Doc. 41) is GRANTED. The Clerk of Court is directed to close this case.

                                              /s/ Thomas D. Schroeder
                                        United States District Judge

December 4, 2018